UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>DAMON LOSSING,<br><br>　　　　　Defendant. | Case No. 4:00-CR-104-104-BLW<br><br>**ORDER ON MOTION FOR RETURN TO THE DISTRICT OF IDAHO** |

　　　　This matter having come before the Court upon motion of the government, and for good cause appearing, therefore

　　　　NOW THEREFORE IT IS HEREBY ORDERED that the motion for return (docket no. 76) is GRANTED.  It is hereby ordered that the defendant be returned to the Pocatello area in the District of Idaho by the United States Marshals Service and other agencies as necessary for further proceedings in preparation for the defendant's conditional release.

DATED: July 2, 2015

_____
B. Lynn Winmill
Chief Judge
United States District Court